# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TC THE CONFLUENCE LP,<br><br>**Plaintiff**<br><br>v.<br><br>TRISTANNA COX, et al.,<br><br>**Defendants** | CASE NO. 1:22-CV-1124 AWI BAM<br><br>ORDER FOR INTRADISTRICT TRANSFER TO THE SACRAMENTO DIVISION |

On September 2, 2022, Defendants removed this matter from the Sacramento County Superior Court to this Court in the Fresno Division of the Eastern District of California. See Doc. No. 1. Defendants also filed motions to proceed in forma pauperis. See Doc. Nos. 2, 3.

Pursuant to Local Rule 120(d), all federal civil and criminal actions arising in Sacramento County are to be commenced within the Sacramento Division of the Eastern District of California. "Whenever in any action the Court finds upon its own motion . . . that the action has not been commenced in the proper court in accordance with [Local Rule 120] . . . the Court may transfer the action to another venue within the [Eastern District of California]." Local Rule 120(f).

Here, this case has no connection to any counties within the Fresno Division of the Eastern District of California. This case originated in Sacramento County and should have been removed to the Sacramento Division. See 28 U.S.C. § 1446(a). Pursuant to Local Rule 120(f), the Court will transfer this case forthwith to the Sacramento Division.

**<u>ORDER</u>**

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Local Rule 120(f), this case is TRANSFERRED to the Sacramento Division of the Eastern District of California;

2. The undersigned expresses no opinion on Plaintiff's motion to proceed in forma pauperis, which remains pending; and

3. All future filings shall reference the new Sacramento case number (once issued) and shall be filed at:

   United States District Court

   Eastern District of California

   501 "I" Street

   Sacramento, CA  95814.

IT IS SO ORDERED.

Dated:   September 7, 2022                            _____

                                                     SENIOR  DISTRICT  JUDGE